378 A.2d 848

**COMMONWEALTH of Pennsylvania**

v.

**Leonard MEANS a/k/a Charles Robinson, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 17, 1977.

Decided Oct. 7, 1977.

Robert Scandone, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Jane C. Greenspan, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO, and PACKEL, JJ.

## ORDER OF COURT

PER CURIAM.

Judgment of sentence affirmed.